**RUSS AUGUST & KABAT**
Reza Mirzaie, State Bar No. 246953
Email: rmirzaie@raklaw.com
Philip X. Wang, State Bar No. 262239
Email: pwang@raklaw.com
Kent N. Shum, State Bar No. 259189
Email: kshum@raklaw.com
Christian Conkle, State Bar No. 306374
Email: cconkle@raklaw.com
James N. Pickens, State Bar No. 307474
Email: jpickens@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele: 310/826-7474
Fax: 310/826-6991

*Attorneys for Plaintiff*
XR Communications, LLC, dba Vivato Technologies

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| XR Communications, LLC, dba Vivato Technologies, <br><br> *Plaintiff,* <br><br> v. <br><br> D-Link Systems, Inc., <br><br> *Defendant*. | Case No. 8:17-cv-596 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> JURY TRIAL DEMANDED |

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") alleges as follows:

## I.     JURISDICTION AND VENUE

This is an action for patent infringement. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

## II.    THE PARTIES

Plaintiff XR Communications LLC d/b/a Vivato Technologies ("Vivato" or "Plaintiff") is a limited liability company organized and existing under the laws of Delaware with its principal place of business at 444 S. Cedros Ave., Solana Beach, CA 92075.

D-Link Systems, Inc., ("D-Link" or "Defendant") is a corporation organized and existing under the laws of California with its principal place of business at 17595 Mt. Herrmann Street, Fountain Valley, CA 92708.

This Court has personal jurisdiction over D-Link because D-Link is incorporated in California and has its principal place of business in California.

Venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(d) and 1400(b) in that D-Link resides in this District, has its principal place of business in this District, has done business in this District, has regular and established places of business in this District, has committed acts of infringement in this District, and continues to commit acts of infringement in this District, entitling Plaintiffs to relief.

## III.   BACKGROUND OF THE TECHNOLOGY

Vivato was founded in 2000 as a $80+million venture-backed company with several key innovators in the wireless communication field including Siavash Alamouti, Ken Biba, William Crilly, James Brennan, Edward Casas, and Vahid Tarokh among many others. Wi-Fi/802.11 has become the ubiquitous wireless connection to the Internet and is now integrated into hundreds of millions of

COMPLAINT

mobile devices globally. Vivato was founded to leverage its talent to generate intellectual property and deliver Wi-Fi/802.11 wireless connectivity solutions to service the growing demand for bandwidth.

Over the years, Vivato has developed proven technology, with over 400 deployments globally, including private, public and government, and has become a recognized provider of extended range Wi-Fi network infrastructure solutions. Vivato's wireless base stations integrate beamforming phased array antenna design with packet steering technology to deliver high-bandwidth extended range connections to serve multiple users and multiple devices.

Vivato's patent portfolio includes over 17 issued patents and pending patent applications. The patents-in-suit are directed to specific aspects of wireless communication including adaptively steered antenna technology and beam switching technology.

## IV.    COUNT ONE: INFRINGEMENT OF U.S. PATENT NO. 7,062,296

On June 13, 2006, United States Patent No. 7,062,296 ("the '296 Patent") was duly and legally issued for inventions entitled "Forced Beam Switching in Wireless Communication Systems Having Smart Antennas." Vivato owns the '296 Patent and holds the right to sue and recover damages for infringement thereof.

Defendant has directly infringed and continues to directly infringe numerous claims of the '296 Patent, including at least claim 33, by manufacturing, using, selling, offering to sell, and/or importing into the United States WiFi access points and routers supporting MU-MIMO, including without limitation access points and routers utilizing the IEEE 802.11ac-2013 standard (e.g. Defendant's DIR-895L/R AC5300 Ultra Wi-Fi Router, DIR-885L/R AC3150 Ultra Wi-Fi Router, and DAP-1860 AC2600 Wi-Fi Extender) (collectively the "Accused Products"). Defendant is liable for infringement of the '296 Patent pursuant to 35 U.S.C. § 271(a).

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

1
2
3

Each of the Accused Products comprises an apparatus for use in a wireless communication system. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is an apparatus for use in a wireless communication system.

4
5
6

Each of the Accused Products comprises at least one smart antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router has at least one smart antenna.

7
8
9
10
11
12
13
14
15
16

Each of the Accused Products comprises at least one transceiver operatively coupled to said smart antenna and configured to send and receive electromagnetic signals using said smart antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router has a Broadcom BCM4366 coupled to the smart antenna to send and receive signals. *See, e.g.*, IEEE 802.11ac-2013 ("802.11ac Standard") Clauses 22.3.4.5(j), 22.3.4.6(g), 22.3.4.7(h), 22.3.4.8(p), 22.3.4.9.1(q), 22.3.4.9.2(q), 22.3.4.10.4(e) ("Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit."); *id.* Clauses 22.3.7.4, 22.3.8; *id.* Clause 22.3.3 and Figure 22-7:



**Figure 22-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU**

RUSS, AUGUST & KABAT

1    Each of the Accused Products comprises logic operatively coupled to said
2    transceiver and configured to selectively allow a second device to operatively
3    associate with a beam downlink transmittable to said second device using said
4    smart antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router allows a
5    client device to operatively associate with a beam downlink transmittable to that
6    client device using the smart antenna. *See, e.g.*, 802.11ac Standard Clause 8.5.23.3
7    ("The Group ID Management frame is an Action frame of category VHT. It is
8    transmitted by the AP to assign or change the user position of a STA for one or
9    more group IDs. The Action field of a Group ID Management frame contains the
10   information shown in Table 8-281aj"); *id.* Clause 8.4.1.51 ("The Membership
11   Status Array field is used in the Group ID Management frame (see 8.5.23.3). The
12   length of the field is 8 octets. An 8 octet Membership Status Array field (indexed
13   by the group ID) consists of a 1-bit Membership Status subfield for each of the 64
14   group IDs, as shown in Figure 8-80f. * * * Within the 8 octet Membership Status
15   Array field, the 1-bit Membership Status subfield for each group ID is set as
16   follows: — Set to 0 if the STA is not a member of the group — Set to 1 if STA is a
17   member of the group The Membership Status subfields for group ID 0
18   (transmissions to AP) and group ID 63 (downlink SU transmissions) are
19   reserved."); *id.* Clause 8.4.1.52 ("The User Position Array field is used in the
20   Group ID Management frame (see 8.5.23.3). The length of the field is 16 octets. A
21   16 octet User Position Array field (indexed by the Group ID) consists of a 2-bit
22   User Position subfield for each of the 64 group IDs, as shown in Figure 8-80g. * *
23   * If the Membership Status subfield for a particular group ID is 1, then the
24   corresponding User Position subfield is encoded as shown in Table 8-53l."); *id.*
25   Table 8-53*l*:

26

27

28

**Table 8-53I—Encoding of User Position subfield**

| User Position subfield value | User position |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 11 | 3 |

*Id.* Clause 22.3.8.3.3 ("The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part (VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19."); *id.* Figure 22-18:



**Figure 22-18—VHT-SIG-A1 structure**

*Id.* Clause 22.3.11.4:

When a STA receives a VHT MU PPDU where the Group ID field in VHT-SIG-A has the value *k* and where MembershipStatusInGroupID[*k*] is equal to 1, then the number of space-time streams for that STA is indicated in the MU[UserPositionInGroupID[*k*]] NSTS field in VHT-SIG-A. The space-time streams of different users are ordered in accordance to user position values, i.e., the space-time streams for the user in user position 0 come first, followed by the space-time streams for the user in position 1, followed by the space-time streams for the user in position 2, and followed by the space-time streams for the user in position 3.

A STA is also able to identify the space-time streams intended for other STAs that act as interference. VHT-LTF symbols in the VHT MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, the STA may use the channel state information for all space-time streams to reduce the effect of interfering space-time streams.

*Id.* Clause 9.31.5.1 ("Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel

RUSS, AUGUST & KABAT

from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."); *id.* Clause 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id.* Clauses 8.5.23.2, 8.4.1.48, 8.4.1.49; *id.* Clauses 22.3.4.6(d), 22.3.4.7(e), 22.3.4.8(*l*), 22.3.4.9.1(m), 22.3.4.9.2(m), 22.3.4.10.4(a) ("Spatial mapping: Apply the *Q* matrix as described in 22.3.10.11.1."); *id.* Clauses 22.3.10.11.1, 22.3.11.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Each of the Accused Products comprises logic configured to determine information from at least one uplink transmission receivable from said second device through said smart antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router determines information from a VHT Compressed Beamforming frame received from a client device through its smart antenna. *See, e.g.*, 802.11ac Standard Clauses 8.4.1.24, 8.4.1.49, 8.5.23.2, 9.31.5.1, 9.31.5.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Each of the Accused Products comprises logic configured to determine if said associated second device should operatively associate with a different beam

downlink transmittable using said smart antenna based on said determined information. For example, the DIR-895L AC5300 Ultra Wi-Fi Router determines, based on the information received in a VHT Compressed Beamforming frame, if the client device should operatively associate with a different beam downlink transmittable using the smart antenna. *See, e.g.*, 802.11ac Standard Clauses 8.4.1.24, 8.4.1.49, 8.5.23.2, 9.31.5.1, 9.31.5.2; *id.* Clause 22.3.11.2:

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,\upsilon)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Each of the Accused Products comprises logic configured to allow said second device to operatively associate with said different beam if said associated second device should operatively associate with a different beam and selectively identify that said second device is not allowed to operatively associate with said beam. For example, the DIR-895L AC5300 Ultra Wi-Fi Router allows a client device to operatively associate with a beam that is different from the beam with which the client was associated previously, and to identify that the client device is not allowed to operatively associate with the prior beam. *See, e.g.*, 802.11ac Standard Clause 10.40 ("An AP determines the possible combinations of STAs that can be addressed by a VHT MU PPDU by assigning STAs to groups and to specific user positions within those groups. Assignments or changes of user positions corresponding to one or more Group IDs shall be performed using a Group ID Management frame defined in 8.5.23.3…A VHT MU PPDU shall be

RUSS, AUGUST & KABAT

8

transmitted to a STA based on the content of the Group ID Management frame most recently transmitted to the STA and for which an acknowledgement was received."); *id*. Clause 8.5.23.3 ("The Group ID Management frame is an Action frame of category VHT. It is transmitted by the AP to assign or change the user position of a STA for one or more group IDs. The Action field of a Group ID Management frame contains the information shown in Table 8-281aj"); *id.* Clause 8.4.1.51 ("The Membership Status Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 8 octets. An 8 octet Membership Status Array field (indexed by the group ID) consists of a 1-bit Membership Status subfield for each of the 64 group IDs, as shown in Figure 8-80f. * * * Within the 8 octet Membership Status Array field, the 1-bit Membership Status subfield for each group ID is set as follows: — Set to 0 if the STA is not a member of the group — Set to 1 if STA is a member of the group The Membership Status subfields for group ID 0 (transmissions to AP) and group ID 63 (downlink SU transmissions) are reserved."); *id.* Clause 8.4.1.52 ("The User Position Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 16 octets. A 16 octet User Position Array field (indexed by the Group ID) consists of a 2-bit User Position subfield for each of the 64 group IDs, as shown in Figure 8-80g. * * * If the Membership Status subfield for a particular group ID is 1, then the corresponding User Position subfield is encoded as shown in Table 8-53l."); *id.* Table 8-53*l*:

**Table 8-53l—Encoding of User Position subfield**

| User Position subfield value | User position |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 11 | 3 |

RUSS, AUGUST & KABAT

*Id.* Clause 22.3.8.3.3 ("The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part (VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19."); *id.* Figure 22-18:



**Figure 22-18—VHT-SIG-A1 structure**

*Id.* Clause 22.3.11.4:

When a STA receives a VHT MU PPDU where the Group ID field in VHT-SIG-A has the value *k* and where MembershipStatusInGroupID[*k*] is equal to 1, then the number of space-time streams for that STA is indicated in the MU[UserPositionInGroupID[*k*]] NSTS field in VHT-SIG-A. The space-time streams of different users are ordered in accordance to user position values, i.e., the space-time streams for the user in user position 0 come first, followed by the space-time streams for the user in position 1, followed by the space-time streams for the user in position 2, and followed by the space-time streams for the user in position 3.

A STA is also able to identify the space-time streams intended for other STAs that act as interference. VHT-LTF symbols in the VHT MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, the STA may use the channel state information for all space-time streams to reduce the effect of interfering space-time streams.

*Id.* Clause 9.31.5.1 ("Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."); *id.* Clause 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT

NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id*. Clauses 8.5.23.2, 8.4.1.48, 8.4.1.49; *id.* Clauses 22.3.4.6(d), 22.3.4.7(e), 22.3.4.8(*l*), 22.3.4.9.1(m), 22.3.4.9.2(m), 22.3.4.10.4(a) ("Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1."); *id.* Clauses 22.3.10.11.1, 22.3.11.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Defendant has been and is now indirectly infringing at least one claim of the '296 Patent in accordance with 35 U.S.C. § 271(b) in this district and elsewhere in the United States. More specifically, Defendant have been and are now actively inducing direct infringement by other persons (e.g., Defendant's customers who use, sell or offer for sale the Accused Products).

By at least the filing of this complaint, Defendant had knowledge of the '296 Patent, and that its actions resulted in a direct infringement of the '296 Patent, and knew or were willfully blind that their actions would induce direct infringement by others and intended that their actions would induce direct infringement by others.

Defendant actively induces such infringement by, among other things, providing user manuals and other instruction material for their devices that induce their customers to use Defendant's devices in their normal and customary way to infringe the '296 Patent. For example, Defendant's website provides instructions for using the Accused Products on wireless communication systems, and to utilize

their beamforming and MU-MIMO functionalities. Through its manufacture and sales of their devices, Defendant specifically intended for its customers to infringe claims of the '296 Patent. Further, Defendant was aware that these normal and customary activities would infringe the '296 Patent. Defendant performed the acts that constitute induced infringement, and that would induce actual infringement, with knowledge of the '296 Patent and with the knowledge or willful blindness that the induced acts would constitute direct infringement.

Accordingly, a reasonable inference is that Defendant specifically intended for others, such as their customers, to directly infringe one or more claims of the '296 Patent in the United States because Defendant had knowledge of the '296 Patent and actively induced others (e.g., its customers) to directly infringe the '296 Patent by using, selling, or offering to sell the Accused Products and the MU-MIMO functionality within the Accused Products.

Defendant also infringes other claims of the '296 Patent, directly and through inducing infringement, for similar reasons as explained above with respect to Claim 33.

The '296 Patent is valid and enforceable.

Defendant's infringement of the '296 Patent has damaged Vivato, and Defendant is liable to Vivato in an amount to be determined at trial that compensates Vivato for the infringement, which by law can be no less than a reasonable royalty.

As a result of Defendant's infringement of the '296 Patent, Vivato has suffered irreparable harm and will continue to suffer loss and injury.

## V.   COUNT TWO: INFRINGEMENT OF U.S. PATENT NO. 7,729,728

On June 1, 2010, United States Patent No. 7,729,728 ("the '728 Patent") was duly and legally issued for inventions entitled "Forced Beam Switching in Wireless Communication Systems Having Smart Antennas." Vivato owns the '728 Patent and holds the right to sue and recover damages for infringement thereof.

RUSS, AUGUST & KABAT

Defendant has directly infringed and continues to directly infringe numerous claims of the '728 Patent, including at least claim 16, by manufacturing, using, selling, offering to sell, and/or importing into the United States the Accused Products. Defendant is liable for infringement of the '728 Patent pursuant to 35 U.S.C. § 271(a).

Each of the Accused Products comprises a wireless communication system.

Each of the Accused Products comprises a phased array antenna configured to transmit beam downlinks. *See, e.g.*: 802.11ac Standard Clause 8.4.2.58.6, Table 8-128:

**8.4.2.58.6 Transmit Beamforming Capabilities**

*Change the following rows in Table 8-128:*

**Table 8-128—Subfields of the Transmit Beamforming Capabilities field**

| Subfield | Definition | Encoding |
|---|---|---|
| CSI Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when CSI feedback is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| Noncompressed Steering Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when noncompressed beamforming feedback matrix is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| Compressed Steering Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when compressed beamforming feedback matrix is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| CSI Max Number of Rows Beamformer Supported | Indicates the maximum number of rows of CSI explicit feedback from the HT beamformee or calibration responder or transmit ASEL responder that an HT beamformer or calibration initiator or transmit ASEL initiator can support when CSI feedback is required. | Set to 0 for a single row of CSI<br>Set to 1 for 2 rows of CSI<br>Set to 2 for 3 rows of CSI<br>Set to 3 for 4 rows of CSI |

90

Copyright © 2013 IEEE. All rights reserved.

Each of the Accused Products comprises a transceiver operatively coupled to the phased array antenna and configured to send and receive electromagnetic signals via the phased array antenna. For example, the DIR-895L AC5300 Ultra

Wi-Fi Router has a Broadcom BCM4366 that is configured to send and receive electromagnetic signals via the phased array antenna. *See, e.g.*, 802.11ac Standard Clauses 22.3.4.5(j), 22.3.4.6(g), 22.3.4.7(h), 22.3.4.8(p), 22.3.4.9.1(q), 22.3.4.9.2(q), 22.3.4.10.4(e) ("Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit."); *id.* Clauses 22.3.7.4, 22.3.8; *id.* Clause 22.3.3 and Figure 22-7:



**Figure 22-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU**

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver. For example, the DIR-895L AC5300 Ultra Wi-Fi Router comprises an access point that includes a phased antenna array and a Broadcom BCM4366.

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver that is configured to selectively allow a receiving device to operatively associate with a beam downlink transmitted to the receiving device via the phased array antenna. *See, e.g.*, 802.11ac Standard Clause 8.5.23.3 ("The Group ID Management frame is an Action frame of category VHT. It is transmitted by the AP to assign or change the user position of a STA for one

14

or more group IDs. The Action field of a Group ID Management frame contains the information shown in Table 8-281aj"); *id.* Clause 8.4.1.51 ("The Membership Status Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 8 octets. An 8 octet Membership Status Array field (indexed by the group ID) consists of a 1-bit Membership Status subfield for each of the 64 group IDs, as shown in Figure 8-80f. * * * Within the 8 octet Membership Status Array field, the 1-bit Membership Status subfield for each group ID is set as follows: — Set to 0 if the STA is not a member of the group — Set to 1 if STA is a member of the group The Membership Status subfields for group ID 0 (transmissions to AP) and group ID 63 (downlink SU transmissions) are reserved."); *id.* Clause 8.4.1.52 ("The User Position Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 16 octets. A 16 octet User Position Array field (indexed by the Group ID) consists of a 2-bit User Position subfield for each of the 64 group IDs, as shown in Figure 8-80g. * * * If the Membership Status subfield for a particular group ID is 1, then the corresponding User Position subfield is encoded as shown in Table 8-53l."); *id.* Table 8-53*l*:

**Table 8-53l—Encoding of User Position subfield**

| User Position subfield value | User position |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 11 | 3 |

*Id.* Clause 22.3.8.3.3 ("The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part (VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19."); *id.* Figure 22-18:

15



**Figure 22-18—VHT-SIG-A1 structure**

*Id.* Clause 22.3.11.4:

When a STA receives a VHT MU PPDU where the Group ID field in VHT-SIG-A has the value *k* and where MembershipStatusInGroupID[*k*] is equal to 1, then the number of space-time streams for that STA is indicated in the MU[UserPositionInGroupID[*k*]] NSTS field in VHT-SIG-A. The space-time streams of different users are ordered in accordance to user position values, i.e., the space-time streams for the user in user position 0 come first, followed by the space-time streams for the user in position 1, followed by the space-time streams for the user in position 2, and followed by the space-time streams for the user in position 3.

A STA is also able to identify the space-time streams intended for other STAs that act as interference. VHT-LTF symbols in the VHT MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, the STA may use the channel state information for all space-time streams to reduce the effect of interfering space-time streams.

*Id.* Clause 9.31.5.1 ("Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."); *id.* Clause 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the

16

VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id.* Clauses 8.5.23.2, 8.4.1.48, 8.4.1.49; *id.* Clauses 22.3.4.6(d), 22.3.4.7(e), 22.3.4.8(*l*), 22.3.4.9.1(m), 22.3.4.9.2(m), 22.3.4.10.4(a) ("Spatial mapping: Apply the *Q* matrix as described in 22.3.10.11.1."); *id.* Clauses 22.3.10.11.1, 22.3.11.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver that is configured to receive an uplink transmission from the receiving device through the phased array antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to receive a VHT Compressed Beamforming Feedback frame from a "receiving device" such as a connected laptop or smartphone through its phased-array antenna. *See, e.g.*, 802.11ac Standard Clauses 8.4.1.24, 8.4.1.49, 8.5.23.2, 9.31.5.1, 9.31.5.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver that is configured to determine from the uplink transmission if the receiving device should operatively associate with a different beam downlink transmission. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to determine from information contained in the VHT Compressed Beamforming Feedback frame if the receiving device that sent the VHT Compressed Beamforming Feedback frame should operatively associate with a different beam downlink transmission. *See, e.g.*, 802.11ac Standard Clauses 3.2, 8.4.1.24, 8.4.1.49, 8.5.23.2, 9.31.5, 9.31.5.1, 9.31.5.2; *id.* Clause 22.3.11.2:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,v)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver that is configured to at least one of: (i) allow the receiving device to operatively associate with the different beam downlink if determined that the receiving device should operatively associate with the different beam downlink; (ii) force the receiving device to operatively associate with the different beam downlink if determined that the receiving device should be operatively associated with the different beam downlink. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to transmit a Group ID Management frame or VHT MU PPDU VHT-SIG-A or combination thereof to allow the receiving device to operatively associate with the different beam downlink if determined that the receiving device should operatively associate with the different beam downlink; (ii) force the receiving device to operatively associate with the different beam downlink if determined that the receiving device should be operatively associated with the different beam downlink. *See, e.g.*, 802.11ac Standard Clause 10.40 ("An AP determines the possible combinations of STAs that can be addressed by a VHT MU PPDU by assigning STAs to groups and to specific user positions within those groups. Assignments or changes of user positions corresponding to one or more Group IDs shall be performed using a Group ID Management frame defined in 8.5.23.3…A VHT MU PPDU shall be transmitted to a STA based on the content of the Group ID Management frame

18

RUSS, AUGUST & KABAT

most recently transmitted to the STA and for which an acknowledgement was received."); *id*. Clause 8.5.23.3 ("The Group ID Management frame is an Action frame of category VHT. It is transmitted by the AP to assign or change the user position of a STA for one or more group IDs. The Action field of a Group ID Management frame contains the information shown in Table 8-281aj"); *id.* Clause 8.4.1.51 ("The Membership Status Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 8 octets. An 8 octet Membership Status Array field (indexed by the group ID) consists of a 1-bit Membership Status subfield for each of the 64 group IDs, as shown in Figure 8-80f. * * * Within the 8 octet Membership Status Array field, the 1-bit Membership Status subfield for each group ID is set as follows: — Set to 0 if the STA is not a member of the group — Set to 1 if STA is a member of the group The Membership Status subfields for group ID 0 (transmissions to AP) and group ID 63 (downlink SU transmissions) are reserved."); *id.* Clause 8.4.1.52 ("The User Position Array field is used in the Group ID Management frame (see 8.5.23.3). The length of the field is 16 octets. A 16 octet User Position Array field (indexed by the Group ID) consists of a 2-bit User Position subfield for each of the 64 group IDs, as shown in Figure 8-80g. * * * If the Membership Status subfield for a particular group ID is 1, then the corresponding User Position subfield is encoded as shown in Table 8-53l."); *id.* Table 8-53*l*:

**Table 8-53l—Encoding of User Position subfield**

| User Position subfield value | User position |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 2 |
| 11 | 3 |

*Id.* Clause 22.3.8.3.3 ("The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part

(VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19."); *id.* Figure 22-18:



**Figure 22-18—VHT-SIG-A1 structure**

*Id.* Clause 22.3.11.4:

When a STA receives a VHT MU PPDU where the Group ID field in VHT-SIG-A has the value *k* and where MembershipStatusInGroupID[*k*] is equal to 1, then the number of space-time streams for that STA is indicated in the MU[UserPositionInGroupID[*k*]] NSTS field in VHT-SIG-A. The space-time streams of different users are ordered in accordance to user position values, i.e., the space-time streams for the user in user position 0 come first, followed by the space-time streams for the user in position 1, followed by the space-time streams for the user in position 2, and followed by the space-time streams for the user in position 3.

A STA is also able to identify the space-time streams intended for other STAs that act as interference. VHT-LTF symbols in the VHT MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, the STA may use the channel state information for all space-time streams to reduce the effect of interfering space-time streams.

*Id.* Clause 9.31.5.1 ("Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."); *id.* Clause 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info

20

field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id*. Clauses 8.5.23.2, 8.4.1.48, 8.4.1.49; *id.* Clauses 22.3.4.6(d), 22.3.4.7(e), 22.3.4.8(*l*), 22.3.4.9.1(m), 22.3.4.9.2(m), 22.3.4.10.4(a) ("Spatial mapping: Apply the Q matrix as described in 22.3.10.11.1."); *id.* Clauses 22.3.10.11.1, 22.3.11.2; IEEE 802.11-2012 Clause 20.3.12.3.6.

Each of the Accused Products comprises an access point that includes the phased array antenna and the transceiver that is configured to actively probe the receiving device by generating a signal to initiate that the phased array antenna transmit at least one downlink transmittable message over the beam downlinks, and gather signal parameter information from uplink transmittable messages received from the receiving device through the phased array antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to actively probe the receiving device by generating a signal to initiate that the phased array antenna transmit a signal, e.g. a VHT null data packet announcement frame over the beam downlinks, and to gather signal parameter information from uplink transmittable messages received from the receiving device through the phased array antenna, e.g. one or more VHT Compressed Beamforming Feedback frames. *See, e.g.,* 802.11ac Standard Clause 9.31.5, 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is

RUSS, AUGUST & KABAT

21

RUSS, AUGUST & KABAT

expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id.* Clause 8.4.1.24; IEEE 802.11-2012 Clause 20.3.12.3.6; 802.11ac Standard Clause 8.5.23.2 (defining format and subfields within the VHT Compressed Beamforming frame); *id.* Clause 8.4.1.48 (including Tables 8-53(d)-(h)) ("Each SNR value per tone in stream *i* (before being averaged) corresponds to the SNR associated with the column *i* of the beamforming feedback matrix *V* determined at the beamformee"); *id.* Clause 8.4.1.49 (including Table 8-53i – MU Exclusive Beamforming Report information); *id.* Clauses 8.4.1.24, 9.31.5.1, 9.31.5.2; *id.* Clause 22.3.8.3.5; *id.* Clause 22.3.11.2.

Defendant has been and is now indirectly infringing at least one claim of the '728 Patent in accordance with 35 U.S.C. § 271(b) in this district and elsewhere in the United States. More specifically, Defendant have been and are now actively inducing direct infringement by other persons (e.g., Defendant's customers who use, sell or offer for sale the Accused Products).

By at least the filing of this complaint, Defendant had knowledge of the '728 Patent, and that its actions resulted in a direct infringement of the '728 Patent, and knew or were willfully blind that their actions would induce direct infringement by others and intended that their actions would induce direct infringement by others.

Defendant actively induce such infringement by, among other things, providing user manuals and other instruction material for their devices that induce their customers to use Defendant's devices in their normal and customary way to

infringe the '728 Patent. For example, Defendant's website provides instructions for using the Accused Products on wireless communication systems, and to utilize their beamforming and MU-MIMO functionalities. Through its manufacture and sales of their devices, Defendant specifically intended for its customers to infringe claims of the '296 Patent. Further, Defendant was aware that these normal and customary activities would infringe the '296 Patent.  Defendant performed the acts that constitute induced infringement, and that would induce actual infringement, with knowledge of the '296 Patent and with the knowledge or willful blindness that the induced acts would constitute direct infringement.

Accordingly, a reasonable inference is that Defendant specifically intended for others, such as their customers, to directly infringe one or more claims of the '728 Patent in the United States because Defendant had knowledge of the '728 Patent and actively induced others (e.g., its customers) to directly infringe the '728 Patent by using, selling, or offering to sell the Accused Products and the MU-MIMO functionality within the Accused Products.

Defendant also infringes other claims of the '728 Patent, directly and through inducing infringement, for similar reasons as explained above with respect to Claim 16.

The '728 Patent is valid and enforceable.

Defendant's infringement of the '728 Patent has damaged Vivato, and Defendant is liable to Vivato in an amount to be determined at trial that compensates Vivato for the infringement, which by law can be no less than a reasonable royalty.

As a result of Defendant's infringement of the '728 Patent, Vivato has suffered irreparable harm and will continue to suffer loss and injury.

## VI.    COUNT THREE: INFRINGEMENT OF U.S. PATENT NO. 6,611,231

On August 26, 2003, United States Patent No. 6,611,231 ("the '231 Patent") was duly and legally issued for inventions entitled "Wireless Packet Switched

Communication Systems and Networks Using Adaptively Steered Antenna Arrays." Vivato owns the '231 Patent and holds the right to sue and recover damages for infringement thereof.

Defendant has directly infringed and continues to directly infringe numerous claims of the '231 Patent, including at least claim 1, by manufacturing, using, selling, offering to sell, and/or importing into the United States the Accused Products. Defendant is liable for infringement of the '231 Patent pursuant to 35 U.S.C. § 271(a).

Each of the Accused Products comprises an apparatus for use in a wireless routing network. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is an apparatus for use in a wireless routing network.

Each of the Accused Products comprises an adaptive antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router has at least one adaptive antenna. *See, e.g.*: 802.11ac Standard Clause 8.4.2.58.6, Table 8-128:

**8.4.2.58.6 Transmit Beamforming Capabilities**

*Change the following rows in Table 8-128:*

**Table 8-128—Subfields of the Transmit Beamforming Capabilities field**

| Subfield | Definition | Encoding |
|---|---|---|
| CSI Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when CSI feedback is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| Noncompressed Steering Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when noncompressed beamforming feedback matrix is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| Compressed Steering Number of Beamformer Antennas Supported | Indicates the maximum number of beamformer antennas the HT beamformee can support when compressed beamforming feedback matrix is required | Set to 0 for single Tx antenna sounding<br>Set to 1 for 2 Tx antenna sounding<br>Set to 2 for 3 Tx antenna sounding<br>Set to 3 for 4 Tx antenna sounding |
| CSI Max Number of Rows Beamformer Supported | Indicates the maximum number of rows of CSI explicit feedback from the HT beamformee or calibration responder or transmit ASEL responder that an HT beamformer or calibration initiator or transmit ASEL initiator can support when CSI feedback is required. | Set to 0 for a single row of CSI<br>Set to 1 for 2 rows of CSI<br>Set to 2 for 3 rows of CSI<br>Set to 3 for 4 rows of CSI |

90

Copyright © 2013 IEEE. All rights reserved.

Each of the Accused Products comprises at least one transmitter operatively coupled to said adaptive antenna and at least one receiver operatively coupled to said adaptive antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router has a Broadcom BCM4366 operatively coupled to the adaptive antenna. *See, e.g.*, 802.11ac Standard Clauses 22.3.4.5(j), 22.3.4.6(g), 22.3.4.7(h), 22.3.4.8(p), 22.3.4.9.1(q), 22.3.4.9.2(q), 22.3.4.10.4(e) ("Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit."); *id.* Clauses 22.3.7.4, 22.3.8; *id.* Clause 22.3.3 and Figure 22-7:

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT



**Figure 22-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU**

Each of the Accused Products comprises a control logic operatively coupled to said transmitter and configured to cause said at least one transmitter to output at least one transmission signal to said adaptive antenna to transmit corresponding outgoing multi-beam electromagnetic signals exhibiting a plurality of selectively placed transmission peaks and transmission nulls within a far field region of a coverage area based on routing information. For example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to output at least one transmission signal to said adaptive antenna. For a further example, the DIR-895L AC5300 Ultra Wi-Fi Router is configured to cause said at least one transmitter to output at least one transmission signal to said adaptive antenna to transmit corresponding outgoing multi-beam electromagnetic signals exhibiting a plurality of selectively placed transmission peaks and transmission nulls within a far field region of a coverage area based on routing information. *See, e.g.*, 802.11ac Standard Clause 9.31.5.1

26

("Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the VHT beamformer and a STA for which reception is optimized is called a VHT beamformee. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix."); *id.* Clauses 22.3.4.6(d), 22.3.4.7(e), 22.3.4.8(*l*), 22.3.4.9.1(m), 22.3.4.9.2(m), 22.3.4.10.4(a) ("Spatial mapping: Apply the $Q$ matrix as described in 22.3.10.11.1."); *id.* Clause 22.3.10.11.1; IEEE 802.11-2012 Standard Clause 20.3.12.3.6; 802.11ac Standard Clauses 8.4.1.24, 9.31.5.1, 9.31.5.2; *id.* Clause 22.3.11.1:

The DL-MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ can be determined by the beamformer using the beamforming feedback matrices for subcarrier $k$ from beamformee $u$, $V_{k,u}$ and SNR information for subcarrier $k$ from beamformee $u$, $SNR_{k,u}$, where $u = 0, 1, ..., N_{user} - 1$. The steering matrix that is computed (or updated) using new beamforming feedback matrices and new SNR information from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL-MU-MIMO data transmission. The beamformee group for the MU transmission is signaled using the Group ID field in VHT-SIG-A (see 22.3.8.3.3 and 22.3.11.4).

*Id.* Clause 22.3.11.2:

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,v)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Each of the Accused Products comprises search receiver logic operatively coupled to said control logic and said at least one receiver and configured to update

RUSS, AUGUST & KABAT

said routing information based at least in part on cross-correlated signal information that is received by said receiver using said adaptive antenna. For example, the DIR-895L AC5300 Ultra Wi-Fi Router updates the routing information based at least in part on cross-correlated signal information received in a VHT Compressed Beamforming frame. *See, e.g.*, 802.11ac Standard Clause 9.31.5.2 ("A VHT beamformer shall initiate a sounding feedback sequence by transmitting a VHT NDP Announcement frame followed by a VHT NDP after a SIFS. The VHT beamformer shall include in the VHT NDP Announcement frame one STA Info field for each VHT beamformee that is expected to prepare VHT Compressed Beamforming feedback and shall identify the VHT beamformee by including the VHT beamformee's AID in the AID subfield of the STA Info field. The VHT NDP Announcement frame shall include at least one STA Info field."); *id.* ("A non-AP VHT beamformee that receives a VHT NDP Announcement frame… shall transmit its VHT Compressed Beamforming feedback a SIFS after receiving a Beamforming Report Poll with RA matching its MAC address and a non-bandwidth signaling TA obtained from the TA field matching the MAC address of the VHT beamformer."); *id.* Clause 8.5.23.2 (defining format and subfields within the VHT Compressed Beamforming frame); *id.* Clause 8.4.1.48 (including Tables 8-53(d)-(h)) ("Each SNR value per tone in stream *i* (before being averaged) corresponds to the SNR associated with the column *i* of the beamforming feedback matrix *V* determined at the beamformee"); *id.* Clause 8.4.1.49 (including Table 8-53i – MU Exclusive Beamforming Report information); *id.* Clauses 8.4.1.24, 9.31.5.1, 9.31.5.2; *id.* Clause 22.3.8.3.5; *id.* Clause 22.3.11.2:

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,\upsilon)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \leq u \leq N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

Defendant has been and is now indirectly infringing at least one claim of the '231 Patent in accordance with 35 U.S.C. § 271(b) in this district and elsewhere in the United States. More specifically, Defendant have been and are now actively inducing direct infringement by other persons (e.g., Defendant's customers who use, sell or offer for sale the Accused Products).

By at least the filing of this complaint, Defendant had knowledge of the '231 Patent, and that its actions resulted in a direct infringement of the '231 Patent, and knew or were willfully blind that their actions would induce direct infringement by others and intended that their actions would induce direct infringement by others.

Defendant actively induce such infringement by, among other things, providing user manuals and other instruction material for their devices that induce their customers to use Defendant's devices in their normal and customary way to infringe the '231 Patent. For example, Defendant's website provides instructions for using the Accused Products on wireless communication systems, and to utilize their beamforming and MU-MIMO functionalities. Through its manufacture and sales of their devices, Defendant specifically intended for its customers to infringe claims of the '296 Patent. Further, Defendant was aware that these normal and customary activities would infringe the '296 Patent. Defendant performed the acts that constitute induced infringement, and that would induce actual infringement,

1  with knowledge of the '296 Patent and with the knowledge or willful blindness that
2  the induced acts would constitute direct infringement.

3  Accordingly, a reasonable inference is that Defendant specifically intended
4  for others, such as their customers, to directly infringe one or more claims of the
5  '231 Patent in the United States because Defendant had knowledge of the '231
6  Patent and actively induced others (e.g., its customers) to directly infringe the '231
7  Patent by using, selling, or offering to sell the Accused Products and the MU-
8  MIMO functionality within the Accused Products.

9  Defendant also infringes other claims of the '231 Patent, directly and
10 through inducing infringement, for similar reasons as explained above with respect
11 to Claim 1.

12 The '231 Patent is valid and enforceable.

13 Defendant's infringement of the '231 Patent has damaged Vivato, and
14 Defendant is liable to Vivato in an amount to be determined at trial that
15 compensates Vivato for the infringement, which by law can be no less than a
16 reasonable royalty.

17 As a result of Defendant's infringement of the '231 Patent, Vivato has
18 suffered irreparable harm and will continue to suffer loss and injury.

## PRAYER FOR RELIEF

20 WHEREFORE, Vivato prays for the following relief:

21 (a)    A judgment in favor of Vivato that Defendant has infringed and is
22 infringing U.S. Patent Nos. 7,062,296, 7,729,728, and 6,611,231;

23 (b)    An award of damages to Vivato arising out of Defendant's
24 infringement of U.S. Patent Nos. 7,062,296, 7,729,728, and 6,611,231, including
25 enhanced damages pursuant to 35 U.S.C. § 284, together with prejudgment and
26 post-judgment interest, in an amount according to proof;

27 (c)    An award of an ongoing royalty for Defendant's post-judgment
28 infringement in an amount according to proof;

RUSS, AUGUST & KABAT

COMPLAINT

(d)     Declaring that Defendant's infringement is willful and that this is an exceptional case under 35 U.S.C. § 285 and awarding attorneys' fees and costs in this action.

(e)     Granting Vivato its costs and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Vivato demands a trial by jury of any and all issues triable of right before a jury.

Dated: April 3, 2017

Respectfully submitted,

**RUSS AUGUST & KABAT**


By: */s/ Reza Mirzaie*
      Reza Mirzaie

Reza Mirzaie, State Bar No. 246953
Email: rmirzaie@raklaw.com
Philip X. Wang, State Bar No. 262239
Email: pwang@raklaw.com
Kent N. Shum, State Bar No. 259189
Email: kshum@raklaw.com
Christian Conkle, State Bar No. 306374
Email: cconkle@raklaw.com
James N. Pickens, State Bar No. 307474
Email: jpickens@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:  310/826-7474
Fax:   310/826-6991

*Attorneys for Plaintiff*
XR Communications, LLC,
dba Vivato Technologies

COMPLAINT