1  Michael W. De Vries (SBN 211001)
   michael.devries@kirkland.com
2  KIRKLAND & ELLIS LLP
   333 South Hope Street
3  Los Angeles, California 90071
   Telephone: (213) 680-8400
4  Facsimile: (213) 680-8500

5  Adam R. Alper (SBN 196834)
   adam.alper@kirkland.com
6  Sarah E. Piepmeier (SBN 227094)
   sarah.piepmeier@kirkland.com
7  Sarah L. Forney (SBN 254769)
   sarah.forney@kirkland.com
8  KIRKLAND & ELLIS LLP
   555 California Street
9  San Francisco, California 94104
   Telephone: (415) 439-1400
10 Facsimile: (415) 439-1500

11 *Attorneys for Defendant*
   Cisco Systems, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC., et al.<br><br>Defendants. | Case No. 8:17-cv-596-AG(JCGx) consol with SACV 17-0674-AG(JCGx), EDCV 17-0744-AG(JCGx), CV 17-2945-AG(JCGx), CV 17-2948-AG(JCGx), CV 17-2951-AG(JCGx), CV 17-2953-AG(JCGx), CV 17-2959-AG(JCGx), CV 17-2961-AG(JCGx) and CV 17-2968-AG(JCGx)<br><br>**DECLARATION OF SARAH E. PIEPMEIER IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Hon. Andrew J. Guilford |

1  I, Sarah E. Piepmeier, state as follows:

2      1.    I am an attorney at the law firm of Kirkland & Ellis LLP, counsel for Cisco Systems, Inc. ("Cisco") in this action, and a member in good standing of the bar of California and of this court. I make all statements herein based on my personal knowledge.

3      2.    Attached as Exhibit 1 is a true and correct copy of United States Patent No. 6,611,231, issued August 26, 2003.

4      3.    Attached as Exhibit 2 is a true and correct copy of United States Patent No. 7,062,296, issued June 13, 2006.

5      4.    Attached as Exhibit 3 is a true and correct copy of United States Patent No. 7,729,728, issued June 1, 2010.

6      5.    Attached as Exhibit 4 is a true and correct copy of the transcript from the deposition of Dr. Branimir Vojcic, taken January 25, 2018.

7      6.    Attached as Exhibit 5 is a true and correct copy of the Corrected Declaration of Dr. Branimir Vojcic in Support of Plaintiff XR Communications, LLC's Preliminary Claim Constructions and Preliminary Identification of Intrinsic and Extrinsic Evidence Pursuant to Standing Patent Rule 3.2, dated January 24, 2018.

8      7.    Attached as Exhibit 6 is a true and correct copy of the definition of phased array from the Modern Dictionary of Electronics, Seventh Edition, 1999.

9      8.    Attached as Exhibit 7 is a true and correct copy of phased array from the Communications Standard Dictionary, Second Edition, 1989.

10      9.    Attached as Exhibit 8 is a true and correct copy of the Declaration of Dr. Robert Akl in Support of Defendants' Preliminary Claim Constructions and Extrinsic Evidence Pursuant to Standing Patent Rule 3.2, dated December 15, 2017.

11      10.    Attached as Exhibit 9 is a true and correct copy of the transcript from the deposition of Dr. Robert Akl, taken February 6, 2018.

1     11. Attached as Exhibit 10 is a true and correct copy of an e-mail from K. Shum, counsel for Plaintiff at Russ August & Kabat, to counsel for Defendants, dated February 13, 2018.

     I declare under penalty and perjury that the foregoing is true and correct.

DATED: February 15, 2018     */s/ Sarah E. Piepmeier*
     Sarah E. Piepmeier

DECLARATION OF SARAH E. PIEPMEIER     3     CASE NO. 8:17-cv-596-AG(JCGx)