**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Philip X. Wang, CA SBN 262239
pwang@raklaw.com
Kent N. Shum, CA SBN 259189
kshum@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele: 310/826-7474
Fax: 310/826-6991

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>*Defendant*. | 8:17-cv-00596-AG(JCGx)<br>LEAD CASE<br><br>**JOINT STIPULATION OF DISIMISSAL WITH PREJUDICE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*, | 5:17-cv-00744-AG(JCGx) |

JOINT STIPULATION OF DISIMISSAL WITH PREJUDICE

1    *v.*

2    NEWO CORPORATION,

3            *Defendant.*

Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff XR Communications, LLC, dba Vivato Technologies and Defendant Newo Corporation move, stipulate, and agree that:

- the action, Case No. 5:17-cv-00744-AG, between Vivato and Newo shall be dismissed with prejudice (but the lead case and the other member cases shall not be dismissed), subject to the Settlement Agreement of June 15, 2018, whose terms shall remain confidential; and
- each of the parties shall bear its own costs, expenses, and attorney's fees.

DATED: September 18, 2018          Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Reza Mirzaie*
Marc A. Fenster
Reza Mirzaie
Philip X. Wang
Kent N. Shum
Christian Conkle
Minna Y. Chan

*Attorneys for Plaintiff*
**XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES**

**DLA PIPER LLP**

By: */s/ John M. Guaragna*
John M Guaragna
Email: john.guaragna@dlapiper.com
DLA Piper LLP
401 Congress Avenue Suite 2500
Austin, TX 78701
Tele: 512/457-7000

1

Fax: 512/457-7001
*Attorneys for Defendant*
**NEWO CORPORATION d/b/a**
**AMPED WIRELESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

**JOINT STIPULATION OF DISIMISSAL WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF System on September 18, 2018

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

                                          */s/ Reza Mirzaie*
                                          Reza Mirzaie