**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Philip X. Wang, CA SBN 262239
pwang@raklaw.com
Christian W. Conkle, CA SBN 306374
cconkle@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   310/826-7474
Fax:         310/826-6991

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES<br><br>*Plaintiff,*<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>*Defendant.* | Case No. 8:17-cv-00596-JVS-JCG<br>LEAD CASE<br><br>**JOINT STATUS REPORT<br>JOINT STIPULATION TO LIFT THE STAY** |

Pursuant to the Court's Nov. 17, 2020 Notice (Dkt. 190), Plaintiff XR Communications, LLC, dba Vivato Technologies ("Plaintiff") and Defendants D-Link Systems, Inc., Belkin International, Inc., Aruba Networks, Inc., Asus Computer International and Asustek Computer, Inc., Cisco Systems, Inc., Extreme Networks, Inc., Netgear, Inc., and Ubiquiti Inc. (collectively, "Defendants")[1] hereby jointly submit the following status report regarding the *Inter Partes* Review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB"), and the outcome of all pending appeals at the Federal Circuit. Because those proceedings have resolved, Plaintiff and Defendants hereby jointly move to lift the stay in this case that was entered in April 2018. Further, Plaintiffs and Defendants intend later this week to submit competing proposals as to the case schedule in the above-captioned matters, for the Court's consideration in advance of the status conference on February 22.

## JOINT STATUS REPORT

Plaintiff asserts three patents against Defendants in these actions: U.S. Patent Nos. 7,062,296 ("the '296 Patent"); 7,729,728 ("the '728 Patent"); and 6,611,231 ("the '231 Patent"). As shown in the table below, certain defendants challenged all three patents at the PTAB, and this case was stayed in April 2018 pending resolution of those proceedings. The PTAB issued Final Written Decisions canceling all asserted claims for two of the challenged patents: the '296 Patent and the '728 Patent. With respect to the '231 Patent, the PTAB denied institution for two IPR proceedings, but instituted the third IPR proceeding. In that third proceeding, no claims were canceled. The petitioner (Cisco) in the third IPR proceeding filed an appeal with the

---

[1] Defendants refers to each Defendant in the following related actions, which have been consolidated for pre-trial purposes under the lead case: *XR Commc'ns, LLC v. D-Link Sys., Inc.,* Case No. 8:17-cv-0596-JVS(JCGx) (Lead case); *XR Commc'ns, LLC v. Belkin Int'l, Inc.,* Case No. 8:17-cv-00674-JVS(JCGx); *XR Commc'ns, LLC v. Aruba Networks, Inc.,* Case No. 2:17-cv-02945-JVS(JCGx); *XR Commc'ns, LLC v. ASUS Computer Int'l,* Case No. 2:17-cv-02948-JVS(JCGx); *XR Commc'ns, LLC v. Cisco Sys., Inc.,* Case No. 2:17-cv-02951-JVS(JCGx); *XR Commc'ns, LLC v. Extreme Networks, Inc.,* Case No. 2:17-cv-02953-JVS(JCGx); *XR Commc'ns, LLC v. Netgear, Inc.,* Case No. 2:17-cv-02959-JVS(JCGx); *XR Commc'ns, LLC v. Ubiquiti Networks, Inc.,* Case No. 2:17-cv-02968-JVS(JCGx).

RUSS AUGUST & KABAT

3746-002

Federal Circuit which has now concluded. The Federal Circuit affirmed the PTAB's decision finding no claims canceled on November 25, 2020. *Cisco Systems, Inc. v. XR Communications, LLC, dba Vivato Technologies*, No. 2020-1105 (Fed. Cir. Nov. 25, 2020) (Dkt. No. 42) (Opinion); *see id.* (Dkt. No. 43) (Judgment entered: affirmed). In accordance with the judgment of the Federal Circuit entered November 25, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate issued on January 4, 2021. *Cisco Systems, Inc. v. XR Communications, LLC, dba Vivato Technologies*, No. 2020-1105 (Fed. Cir. Jan. 4, 2021) (Dkt. No. 44) (Mandate).

| IPR Petition No. | Filed By | Challenged Patent | IPR Institution /Denial Date | Status |
|---|---|---|---|---|
| IPR2018-00701 | Aruba | '231 Patent | 08/27/18 | Institution Denied. |
| IPR2018-00725 | Aruba | '296 Patent | 09/18/18 | Final Written Decision – All asserted claims canceled. |
| IPR2018-00726 | Aruba | '728 Patent | 10/09/18 | Final Written Decision – All asserted claims canceled. |
| IPR2018-00762 | Cisco | '231 Patent | 09/19/18 | Final Written Decision – No claims canceled. *Affirmed* by the Federal Circuit in No. 2020-1105 (Fed. Cir. Nov. 25, 2020) (Dkt. No. 42). Judgment entered Nov. 25, 2020. (Dkt. No. 43). Mandate issued Jan. 4, 2021 (Dkt. No. 44). |

| IPR Petition No. | Filed By | Challenged Patent | IPR Institution /Denial Date | Status |
|---|---|---|---|---|
| IPR2018-00763 | Cisco | '728 Patent | 10/09/18 | Final Written Decision – All asserted claims canceled. |
| IPR2018-00764 | Cisco | '296 Patent | 09/17/18 | Final Written Decision – All asserted claims canceled. |
| IPR2018-01016 | Belkin, Netgear, Ruckus Wireless, Inc., ARRIS Solutions, Inc., and ARRIS Enterprises, LLC | '231 Patent | 10/31/18 | Institution Denied. |
| IPR2018-01017 | Belkin, Netgear, Ruckus Wireless, Inc., ARRIS Solutions, Inc., and ARRIS Enterprises, LLC | '296 Patent | 10/23/18 | Final Written Decision – All asserted claims canceled. |
| IPR2018-01018 | Belkin, Netgear, Ruckus Wireless, Inc., ARRIS Solutions, Inc., and ARRIS Enterprises, LLC | '728 Patent | 11/19/18 | Final Written Decision – All asserted claims canceled. |

## JOINT STIPULATION TO LIFT THE STAY

Because all PTAB proceedings and pending appeals before the Federal Circuit have resolved, and no claims of the '231 patent have been cancelled, Plaintiff and Defendants hereby respectfully move to lift the stay in the above-captioned matters and resume the case as to the '231 patent. Plaintiff and Defendants intend later this week to submit competing proposals as to the case schedule in the above-captioned matters for the Court's consideration.

| | |
|---|---|
| DATED: February 16, 2021 | Respectfully submitted,<br><br>**RUSS AUGUST & KABAT**<br>By: */s/ Reza Mirzaie*<br>    Marc A. Fenster<br>    Reza Mirzaie<br>    Philip X. Wang<br>    Kent N. Shum<br>    Christian Conkle<br>    Minna Y. Chan<br><br>*Attorneys for Plaintiff*<br>XR COMMUNICATIONS, LLC,<br>dba VIVATO TECHNOLOGIES<br><br>**LAW OFFICES OF S J CHRISTINE YANG**<br>By: */s/ Christine Yang*<br>Christine Hwang Yang<br>Email: chrisyang@sjclawpc.com<br>Victoria D Hao<br>Email: vhao@sjclawpc.com<br>S J Christine Yang Law Offices<br>17220 Newhope Street Suite 101-102<br>Fountain Valley, CA 92708<br>Telephone: 714-641-4022<br>Fax: 714-641-2082<br><br>*Attorneys for Defendant*<br>D-LINK SYSTEMS, INC.<br><br>**DUANE MORRIS LLP**<br>By: */s/ Alice E Snedeker*<br>Alice E Snedeker<br>Duane Morris LLP<br>1075 Peachtree Street NE Suite 2000<br>Atlanta, GA 30309-3929<br>Telephone: 404-253-6900<br>Fax: 404-253-6901<br>Email: aesnedeker@duanemorris.com<br><br>Matthew S Yungwirth<br>Telephone: 404-253-6900<br>Fax: 404-253-6901<br>Email: msyungwirth@duanemorris.com<br><br>Daniel B Heidtke<br>Duane Morris LLP |

4

RUSS AUGUST & KABAT

1  865 South Figueroa Street Suite 3100
   Los Angeles, CA 90017
2  Telephone: 213-689-7400
   Fax: 702-689-7401
3  Email: dbheidtke@duanemorris.com

4  *Attorneys for Defendant*
   BELKIN INTERNATIONAL, INC.

5

6  **COVINGTON AND BURLING LLP**
   By: /s/ *David A Garr*
7  David A Garr
   Covington and Burling LLP
8  850 Tenth Street NW
   Washington, DC 20001-4956
9  Telephone: 202-662-6000
   Fax: 202-662-6291
10 Email: dgarr@cov.com

11 Mark Y Chen
   Covington and Burling LLP
12 1999 Avenue of the Stars Suite 3500
   Los Angeles, CA 90064-4643
13 Telephone: 424-332-4800
   Fax: 424-332-4749
14 Email: mychen@cov.com

15

16 Robert T Haslam
   Covington and Burling LLP
17 333 Twin Dolphin Drive Suite 700
   Redwood Shores, CA 94065
18 Telephone: 650-632-4700
   Fax: 650-632-4800
19 Email: rhaslam@cov.com

20 *Attorneys for Defendant*
   ARUBA NETWORKS, INC
21

22 **KASOWITZ BENSON TORRES LLP**
   By: /s/ *Darcy L Jones*
23 Darcy L Jones
   Kasowitz Benson Torres LLP
24 333 Twin Dolphin Drive Suite 200
   Redwood Shores, CA 94065
25 Telephone: 650-453-5418
   Fax: 650-453-5171
26 Email: djones@kasowitz.com

27
   Heather S Kim
28 Kasowitz Benson Torres LLP

5
JOINT STATUS REPORT RE *INTER PARTES* REVIEW PROCEEDINGS

Telephone: 650-453-5419  
Fax: 650-453-5171  
Email: hkim@kasowitz.com

Jack Shaw  
Kasowitz Benson Torres LLP  
Telephone: 650-453-5410  
Fax: 650-453-5171  
Email: jshaw@kasowitz.com

John W Downing  
Kasowitz Benson Torres LLP  
Telephone: 650-453-5426  
Fax: 650-453-5171  
Email: jdowning@kasowitz.com

Jonathan K Waldrop  
Kasowitz Benson Torres LLP  
Telephone: 650-453-5425  
Fax: 650-453-5171  
Email: jwaldrop@kasowitz.com

Marcus Alan Barber  
Kasowitz Benson Torres LLP  
Telephone: 650-453-5413  
Fax: 650-453-5171  
Email: mbarber@kasowitz.com

*Attorneys for Defendant*  
ASUS COMPUTER INTERNATIONAL  
and  
ASUSTEK COMPUTER, INC.

**PERKINS COIE LLP**  
By: */s/ Sarah Elizabeth Piepmeier*  
Sarah Elizabeth Piepmeier  
Perkins Coie LLP  
505 Howard Street Suite 1000  
San Francisco, CA 94105  
Telephone: 415-344-7000  
Fax: 415-344-7050  
Email: spiepmeier@perkinscoie.com

Elise Sabrina Edlin  
Perkins Coie LLP  
Telephone: 415-344-7000  
Fax: 415-344-7050  
Email: eedlin@perkinscoie.com

*Attorneys for Defendant*  
CISCO SYSTEMS, INC.

|   |   |
|---|---|
| 1 |   |
| 2 | **DYKEMA GOSSETT LLP**<br>By: */s/* Abirami Gnanadesigan |
| 3 | Abirami Gnanadesigan<br>Dykema Gossett LLP |
| 4 | 333 South Grand Avenue Suite 2100<br>Los Angeles, CA 90071 |
| 5 | Telephone: 213-457-1800<br>Fax: 855-262-1850 |
| 6 | Email: agnanadesigan@dykema.com |
| 7 | Allan Gabriel |
| 8 | Dykema Gossett LLP<br>Telephone: 213-457-1800 |
| 9 | Fax: 213-457-1850<br>Email: agabriel@dykema.com |
| 10 | Andrew N Thomases |
| 11 | Ropes and Gray LLP<br>1900 University Avenue 6th Floor |
| 12 | East Palo Alto, CA 94303-2284<br>Telephone: 650-617-4000 |
| 13 | Fax: 650-566-4090<br>Email: andrew.thomases@ropesgray.com |
| 14 |   |
| 15 | Marta Francesca Belcher<br>Ropes and Gray LLP |
| 16 | Telephone: 650-617-4000<br>Fax: 650-617-4090 |
| 17 | Email: marta.belcher@ropesgray.com |
| 18 | Matthew J Rizzolo |
| 19 | Ropers and Gray LLP<br>2099 Pennsylvania Avenue NW |
| 20 | Washington, DC 20006<br>Telephone: 202-508-4735 |
| 21 | Fax: 202-383-9856<br>Email: matthew.rizzolo@ropesgray.com |
| 22 | *Attorneys for Defendant* |
| 23 | EXTREME NETWORKS, INC. |
| 24 | **NOVAK DRUCE CONNOLLY BOVE QUIGG LLP** |
| 25 | By: */s/ Margaux Azurin Savee* |
| 26 | Margaux Azurin Savee<br>Novak Druce Connolly Bove Quigg LLP |
| 27 | 555 Mission Street, 34th Floor<br>San Francisco, CA 94105 |
| 28 | Telephone: 415-814-6161 |

RUSS AUGUST & KABAT

Fax: 415-814-6165
Email: msavee@polsinelli.com

Alice E Snedeker
Email: aesnedeker@duanemorris.com

Daniel B Heidtke
Email: dbheidtke@duanemorris.com

*Attorneys for Defendant*
NETGEAR, INC.


**SIMPSON THACHER AND BARTLETT LLP**
By: *Jonathan C. Sanders*
Harrison J. Frahn, IV
Simpson Thacher and Bartlett LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: 650-251-5000
Fax: 650-251-5002
Email: hfrahn@stblaw.com

Jonathan C. Sanders
Simpson Thacher and Bartlett LLP
Telephone: 650-251-5000
Fax: 650-251-5002
Email: jsanders@stblaw.com

Bo "Bryan" Jin
Simpson Thacher and Bartlett LLP
Telephone: 650-251-5000
Fax: 650-251-5002
Email: bryan.jin@stblaw.com

*Attorneys for Defendant*
UBIQUITI INC.

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF System on February 16, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

DATED: February 16, 2021           */s/ Reza Mirzaie*
                                    Reza Mirzaie