**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Philip X. Wang, CA SBN 262239
pwang@raklaw.com
Christian W. Conkle, CA SBN 306374
cconkle@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     310/826-7474
Fax:           310/826-6991

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

**Counsel for Defendants Listed on Signature Pages**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES<br><br>*Plaintiff,*<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>*Defendant.* | Case No. 8:17-cv-00596-DOC(JDEx) LEAD CASE<br><br>**JOINT STIPULATION OF DISMISSAL OF CERTAIN ASSERTED CLAIMS AS TO BELKIN INTERNATIONAL, NETGEAR, INC., AND UBIQUITI NETWORKS, INC.** |

JOINT STIPULATION

DM1\13085915.1

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Plaintiff," "XR," or "Vivato") and Defendants Belkin International, Inc., NETGEAR, Inc., and Ubiquiti Inc. (together with Plaintiff, "Parties") jointly request and stipulate to the Court entering an order dismissing with prejudice all claims and without prejudice all counterclaims between these Parties relating to claims 4, 5, 7-15 and 17 of U.S. Patent No. 7,729,728; claims 20-29 of U.S. Patent No. 8,289,939; and claims 22-31 of U.S. Patent No. 10,594,376. The Parties further stipulate to not use or reference this dismissal for any purpose or for any issue in this litigation, including in any of the actions consolidated under the lead case. Each Party shall bear its own fees and costs incurred as to the claims, counterclaims, and defenses dismissed under this stipulation. This stipulation does not affect any case deadlines.

IT IS SO STIPULATED.

DATED: July 28, 2022            Respectfully submitted,

**RUSS AUGUST & KABAT**
By: */s/ Reza Mirzaie*
    Marc A. Fenster
    Reza Mirzaie
    Philip X. Wang
    Christian Conkle
    Minna Y. Chan
    James N. Pickens
    Jason Wietholter

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

**DUANE MORRIS LLP**
By: */s/ Matthew S Yungwirth*
    Alice E Snedeker
    Duane Morris LLP
    1075 Peachtree Street NE Suite 2000
    Atlanta, GA 30309-3929
    Telephone: 404-253-6900
    Fax: 404-253-6901

1
CERTIFICATE OF SERVICE

Email: aesnedeker@duanemorris.com

Matthew S Yungwirth
Telephone: 404-253-6900
Fax: 404-253-6901
Email: msyungwirth@duanemorris.com

Sajid Saleem
Telephone: 404-253-6900
Fax: 404-253-6901
Email: ssaleem@duanemorris.com

Daniel B Heidtke
Duane Morris LLP
865 South Figueroa Street Suite 3100
Los Angeles, CA 90017
Telephone: 213-689-7400
Fax: 702-689-7401
Email: dbheidtke@duanemorris.com

*Attorneys for Defendant*
BELKIN INTERNATIONAL, INC. and NETGEAR, INC.


**SIMPSON THACHER AND BARTLETT LLP**
By: */s/ Harrison J. "Buzz" Frahn, IV*
Harrison J. "Buzz" Frahn, IV
Simpson Thacher and Bartlett LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: 650-251-5000
Fax: 650-251-5002
Email: hfrahn@stblaw.com

Jonathan C. Sanders
Simpson Thacher and Bartlett LLP
Telephone: 650-251-5000
Fax: 650-251-5002
Email: jsanders@stblaw.com

Bo "Bryan" Jin
Simpson Thacher and Bartlett LLP
Telephone: 650-251-5000
Fax: 650-251-5002
Email: bryan.jin@stblaw.com

*Attorneys for Defendant*
UBIQUITI INC.

RUSS AUGUST & KABAT

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF System on July 28, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

DATED: July 28, 2022            */s/ Reza Mirzaie*
                                  Reza Mirzaie