RUSS, AUGUST & KABAT
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Adam S. Hoffman, CA SBN 218740
pwang@raklaw.com
Philip X. Wang CA SBN 262239
pwang@raklaw.com
Jacob R. Buczko CA SBN 269408
jbuczko@raklaw.com
Minna Y. Chan CA SBN 305941
mchan@raklaw.com
James N. Pickens, CA SBN 307474
jpickens@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC dba VIVATO TECHNOLOGIES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES<br><br>*Plaintiff,*<br><br>v.<br><br>D-LINK SYSTEMS, INC.,<br><br>*Defendant.* | 8:17-cv-00596-AG(JCGx) – LEAD<br>Honorable David O. Carter<br><br>**PLAINTIFF XR COMMUNICATIONS, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO DEFENDANT NETGEAR INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF '939 PATENT** |

RUSS AUGUST & KABAT

PLAINTIFF XR COMMUNICATIONS, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

3746-002

Pursuant to Local Rule 79-5.2.2(b), Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") requests the court issue an Order to seal highlighted portions of Vivato's Opposition to Defendant NETGEAR, Inc.'s Motion for Summary Judgment of Non-Infringement of '939 Patent, highlighted portions of the Statement of Genuine Disputes of Facts, and the entirety of exhibits 1-4 thereto.

As set out in the accompanying Declaration of James N. Pickens, Vivato's Brief cites to documents and testimony which have been designated confidential pursuant to the standing protective order applicable to this case. The attached Declaration of James N. Pickens identifies the material designated as confidential, identifies the Designating Party, and describes the efforts made to resolve the issue.

For these reasons, Vivato applies for leave to file portions of its Brief and the entirety of exhibits thereto under seal, and respectfully requests entry of the Proposed Order submitted concurrently herewith.

RUSS AUGUST & KABAT

Dated: September 12, 2022        By: */s/ James N. Pickens*
                                     James N. Pickens
                                     *Attorneys for Plaintiff*
                                     XR COMMUNICATIONS, LLC dba
                                     VIVATO TECHNOLOGIES

RUSS AUGUST & KABAT

3746-002

1

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF System on September 12, 2022

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

/s/ James N. Pickens
James N. Pickens

RUSS AUGUST & KABAT

CERTIFICATE OF SERVICE

3746-002