**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Philip X. Wang, CA SBN 262239
pwang@raklaw.com
Christian W. Conkle, CA SBN 306374
cconkle@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     310/826-7474
Fax:              310/826-6991

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>              Plaintiff,<br><br>vs.<br><br>D-LINK SYSTEMS, INC.,<br><br>              Defendant. | Case No. 8:17-CV-00596-DOC-JDE (Lead Case)<br>**PLAINTIFF XR COMMUNICATIONS, LLC'S LOCAL RULE 56-2 STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**<br><br>District Judge:    Hon. David O. Carter<br>Hearing Date:     October 3, 2022<br>Hearing Time:     8:30 a.m.<br>Location:            Courtroom 10A |

Below is the L.R. 56-2 Statement of Genuine Disputes of Material Fact ("SDF") in support of XR Communications LLC dba Vivato Technologies ("Plaintiff" or "Vivato" or "XR")'s Opposition to Defendant NETGEAR, Inc.'s Motion for Summary Judgment of Non-Infringement of the '939 Patent [ECF No. 404]. Following the SDF is Plaintiff's Statement of Additional Material Facts in support of its Opposition.

**L.R. 56-2 STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

| Defendant's Purported Fact | Dispute and Supporting Evidence |
| --- | --- |
| 1. On November 3, 2003, Plaintiff's predecessor, Vivato, Inc., filed U.S. Patent Application No. 10/700,342, which eventually became U.S. Patent No. 8,289,939 (the "'939 Patent").<br><br>Declaration of Matthew S. Yungwirth ("Yungwirth Decl.") ¶3, Ex. A (U.S. Patent No. 8,289,939). | Undisputed. |
| 2. On October 16, 2012, the '939 Patent issued listing Plaintiff XR Communications, LLC as the assignee.<br><br>Ex. A ('939 Patent). | Undisputed. |
| 3. XR Communications, based on the expert report of Dr. Richard Wesel, alleges that Defendant NETGEAR, Inc.'s infringes claims 15, 17, 19, 30, and 32-35 of the '939 Patent.<br><br>Yungwirth Decl. ¶ 4, Ex. B (Excerpts from Expert Report of Dr. Richard Wesel), at ¶ 18. | Undisputed. |
| 4. XR Communications accuses NETGEAR of infringement based on its alleged sale of the component products that make up a "LAN/WLAN campus deployment for a business enterprise." Those components include, | Undisputed. |

2

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| at least, either NETGEAR's Insight Manager cloud subscription or a wireless controller box, along with access points that can be managed by Insight or the wireless controller.<br><br>Ex. B (Excerpts from Expert Report of Dr. Richard Wesel), at ¶ 203. | |
| 5.  In order to be an infringing "deployment" according to XR Communications, Insight Manager or the wireless controller box must support automatic radio resource management ("autoRRM") and the access points in the network must be able to work with autoRRM.<br><br>Ex. B (Excerpts from Expert Report of Dr. Richard Wesel), at ¶¶ 50, 204. | Disputed to the extent the "access points in the network must be able to work with autoRRM" refers only to access points that receive new channel assignments from autoRRM. Any deployment that includes a controller or Insight Manager that supports autoRRM is infringing. Otherwise, undisputed.<br><br>Ex. B (Wesel Rpt.) ¶¶ 50, 204. |
| 6.  The only NETGEAR accused access points that support autoRRM are the WAC720, WAC730, and WAC740 (which can be managed by a controller), and the WAX610, WAX610Y, and WAX620 (which can be managed by Insight).<br><br>Yungwirth Decl. ¶ 5, Ex. C (Excerpts from Deposition of H. Nagaraju), at 54:11-55:4. | Disputed. The Orbi-branded products are also covered under Dr. Wesel's infringement theory. autoRRM monitors WiFi statistics relevant to each access point in the claimed "plurality of access points," including Orbi-branded products. autoRRM will also compute new channel assignments for access points based on Orbi-specific channel and signal data.<br><br>Dkt. 404-1 (SUF) ¶¶ 9-13.<br>Dkt. 404 at 14 ("Orbi Pro products can be recognized in Insight.").<br>Ex. 1 (Wesel Rpt.) ¶260, citing NETGEAR-XR_00029450. |

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| | Ex. 1 (Wesel Rpt.) ¶257-258, citing NETGEAR-XR_00029401 and NETGEAR-XR_00024128.<br><br>Ex. 1 (Wesel Rpt.) ¶¶ 50, pp. 125-167. |
| 7. If the access points support it, the customer can choose to manage access points centrally through either a wireless local area network wireless controller (a piece of hardware connected to the network), or through NETGEAR's cloud-based manager, called Insight.<br><br>Declaration of Harsha Nagaraju ¶ 4. | Undisputed. |
| 8. Centralized management through a controller or Insight offers many functions. At its most basic, centralized management allows the customer to view the access points in the network, along with some information about their status. One of the other functions, for access points that support it, is called automatic radio resource management, or "autoRRM."<br><br>Declaration of Harsha Nagaraju ¶¶ 5-6. | Undisputed. |
| 9. AutoRRM is a feature that "uses Wi-Fi radio statistics from each access point in a network location to calculate the best channel and best transmit power for the access point."<br><br>Ex. B (Excerpts from Expert Report of Dr. Richard Wesel), at ¶ 36; Declaration of Harsha Nagaraju ¶ 7. | Undisputed. |
| 10. Every ███████, the access points in the network send a "neighbor list" to | Undisputed. |

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| either the Insight Manager or the controller and the neighbor lists are "logged . . . into a database" for later use.<br><br>Ex. B (Excerpts from Expert Report of Dr. Richard Wesel), at ¶ 225; Ex. C (Excerpts from Deposition of H. Nagaraju), at 123:13-125:9. | |
| 11. The neighbor list is created by each access point going "off channel" for "some X milliseconds" to collect data about nearby access points. The neighbor list then contains the "small sampling" of data the access point was able to obtain, because the access point must stay "on the channel it was supposed to be" in order to send or receive data, which is the access point's "main job."<br><br>Ex. C (Excerpts from Deposition of H. Nagaraju), at 147:12-148:15. | Undisputed. |
| 12. The neighbor list will contain: (1) the BSSID for each neighboring access point; (2) the channel that each neighboring access point is using; and (3) the signal strength at which each neighboring access point is transmitting.<br><br>Ex. C (Excerpts from Deposition of H. Nagaraju), at 117:5-12 | Undisputed. |
| 13. When autoRRM runs, it uses the neighbor list to calculate recommended channels and recommended signal strengths for each access point in the network. | Undisputed. |

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| Ex. C (Excerpts from Deposition of H. Nagaraju), at 152:4-9. | |
| 14. How frequently autoRRM runs depends upon how the user has set up the functionality in Insight or on the controller:<br><br>"Optimize Now" tells autoRRM to calculate channel and signal strength recommendations based on the historical data from neighbor lists available at that time.<br><br>AutoRRM can also be configured to run on schedule at either an aggressive rate (every 6 hours), a "moderate" rate (every 12 hours), or a "mild" rate (ever[y] 24 hours).<br><br>Finally, "device triggered" autoRRM can cause autoRRM to run based upon certain network conditions, such as congestion, again based on the historical data from neighbor lists available to it at the time.<br><br>Declaration of Harsha Nagaraju ¶8. | Disputed to the extent this characterizes the data as "historical data." autoRRM constantly receives new neighbor list data. The neighbor list identifies the signals that the access point is receiving as well as additional details about those signals. The neighbor list tells autoRRM that the access point is listening to specific signals on specific channels, and it reports the channels the access point is listening to the signals on, including how many access points it is able to hear and at what signal strength it is able to hear the signals on. Otherwise, undisputed.<br><br>Ex. 1 (Wesel Rpt.) p. 129-134, citing Deposition Transcript of Harsha Nagaraju at 114:11-25, 123:2-124:12.<br><br>Ex. 1 (Wesel Rpt.) ¶¶222-227, pp. 125-137, pp. 138-167. |
| 15. Regardless of the timing settings chosen, autoRRM uses past channel usage collected from neighbor lists.<br><br>Declaration of Harsha Nagaraju ¶ 9. | Disputed to the extent this characterizes the data as "past channel usage."<br><br>autoRRM constantly receives new neighbor list data. The neighbor list identifies the signals that the access point is receiving as well as additional details about those signals. The neighbor list tells autoRRM that |

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| | the access point is listening to specific signals on specific channels, and it reports the channels the access point is listening to the signals on, including how many access points it is able to hear and at what signal strength it is able to hear the signals on. Otherwise, undisputed.<br><br>Ex. 1 (Wesel Rpt.) p. 129-134, citing Deposition Transcript of Harsha Nagaraju at 114:11-25, 123:2-124:12.<br><br>Ex. 1 (Wesel Rpt.) ¶¶222-227, pp. 125-137, pp. 138-167 |
| 16. AutoRRM does not ascertain, and does not use, real-time information about whether any access point in the network is receiving a signal.<br>Declaration of Harsha Nagaraju ¶ 9. | Disputed. autoRRM constantly receives new neighbor list data. The neighbor list identifies the signals that the access point is receiving as well as additional details about those signals. The neighbor list tells autoRRM that the access point is listening to specific signals on specific channels, and it reports the channels the access point is listening to the signals on, including how many access points it is able to hear and at what signal strength it is able to hear the signals on. In Dr. Wesel's opinion, autoRRM "ascertains" that an "access point in the network is receiving a signal."<br><br>Ex. 1 (Wesel Rpt.) p. 129-134, citing Deposition Transcript of Harsha Nagaraju at 114:11-25, 123:2-124:12. |

| Defendant's Purported Fact | Dispute and Supporting Evidence |
|---|---|
| | Ex. 1 (Wesel Rpt.) ¶¶222-227, pp. 125-137, pp. 138-167. |
| 17. After autoRRM runs, Insight (or the controller) delivers a recommended channel for each access point.<br><br>Ex. C (Excerpts from Deposition of H. Nagaraju), at 152:4-9. | Undisputed, except to the extent that the phrase "recommended channel" is misleading. The recommended channel is a channel assignment that places a restraint on each access point not to use the non-assigned channels.<br><br>Ex. 1 (Wesel Rpt.) pp. 138-167. |
| 18. Neither NETGEAR Orbi Pro nor Orbi Home products, which are mesh Wi-Fi systems, support autoRRM.<br><br>Declaration of Harsha Nagaraju ¶ 11; Ex. C (Excerpts from Deposition of H. Nagaraju), at 43:17-19 ("Q: Does autoRRM work for Insight-managed Orbi Pro? A: No."); Yungwirth Decl. ¶ 6, Ex. D (Excerpts from Expert Report of K. Negus), at ¶¶ 585-594. | Disputed. The Orbi-branded products are also covered under Dr. Wesel's infringement theory. autoRRM monitors WiFi statistics relevant to each access point in the claimed "plurality of access points," including Orbi-branded products. autoRRM will also compute new channel assignments for access points based on Orbi-specific channel and signal data.<br><br>Dkt. 404-1 (SUF) ¶¶ 9-13.<br>Dkt. 404 at 14 ("Orbi Pro products can be recognized in Insight.").<br>Ex. 1 (Wesel Rpt.) ¶260, citing NETGEAR-XR_00029450.<br>Ex. 1 (Wesel Rpt.) ¶257-258, citing NETGEAR-XR_00029401 and NETGEAR-XR_00024128.<br>Ex. 1 (Wesel Rpt.) ¶¶ 50, pp. 125-167. |

**Statement of Additional Material Facts**

| Additional Material Facts | Supporting Evidence |
|---|---|
| 19. According to Dr. Wesel's opinion, the '939 accused products satisfy Claims 15, 17, and 19 of the '939 patent, including the limitations "an apparatus comprising: a wireless input/output (I/O) unit that is configured to establish a plurality of access points" and "signal transmission/reception coordination logic that is capable of ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel, a second access point of the plurality of access points is receiving a second signal that is ongoing on a second channel, the signal transmission/reception coordination logic adapted to restrain at least a third access point of the plurality of access points from transmitting a third signal on a third channel responsive to the ascertaining that the first access point is receiving the first signal and that the second access point is receiving the second signal that is ongoing-on the second channel, wherein the restraining at least the third access point prevents degradation to the first and second signals." | Wesel Rpt. pp. 118-168, 219-221. |
| 20. According to Dr. Wesel's opinion, the '939 accused products satisfy Claims 30, 32, 33, 34, and 35 of the | Wesel Rpt. pp. 169-221. |

| | |
|---|---|
| '939 patent, including "an apparatus comprising: a wireless input/output (I/O) unit that is configured to establish a plurality of access points; and signal transmission/reception coordination logic that is capable of ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel and that is adapted to restrain at least a second access point of the plurality of access points from transmitting a second signal on a second channel different from the first channel responsive to the ascertaining that the first access point is receiving the first signal." | |
| 21. Dr. Wesel accuses the access points, the controllers, and the NETGEAR Insight Manager of infringing the asserted claims of the '939 patent, but does not accuse other components of meeting the claim limitations. | Ex. 1 (Wesel Rpt.), ¶¶50, 191, 203. |
| 22. Dr. Wesel opines that NETGEAR's products are designed to connect to form a single apparatus that provides the wireless input and wireless output to all the laptops and smartphones in a specific location, and this is what he defines as a "deployment" of the accused products. Separately, Dr. Wesel acknowledges that a real-world deployment "can also include additional routers, switches, transceivers, wires, racks, and other hardware," but they are "not material to the analysis." | Ex. 1 (Wesel Rpt.), ¶¶191, 192, 203, 204, 280, 281, 292, 293. |

| | |
|---|---|
| 23. According to NETGEAR's corporate representative, the accused products are designed to have "between ██ ██ access points" in the same location. | Ex. 1 (Wesel Rpt.), ¶206; Ex. 4, Deposition Transcript of Harsha Nagaraju ("Nagaraju Tr.") at 126:9-15, 140:17-141:80. |
| 24. Dr. Wesel opined: "The "**wireless input/output unit**" refers to the accused products in the deployment including (i) the wireless access stations managed by the controllers, or (ii) the wireless access stations managed by Insight, that establish the plurality of IEEE 802.11 access points corresponding to e.g. the 2.4 GHz and 5 GHz radios and their associated wireless networks. All the access points transmit and receive wireless signals, just like the multiple MAC and baseband pairs depicted in Figures 6 and 8 of the '939 specification, and/or the multiple access stations in Figure 11." | Ex. 1 (Wesel Rpt.) ¶ 210 |
| 25. Dr. Wesel opines: a "deployment of the access stations for the wireless network comprises a wireless input/output unit, and can be considered one large wireless input/output unit comprised of a plurality of wireless input/output units, which each establish a plurality of access points corresponding to each radio (2.4 GHz and 5 GHz)." | Ex. 1 (Wesel Rpt.) ¶204. |
| 26. According to Dr. Wesel, each of the NETGEAR access stations is designed to be connected to NETGEAR's "NETGEAR Insight Manager platform, or the NETGEAR controller platform, [which] comprises a MAC coordinator logic | Ex. 1 (Wesel Rpt.) ¶¶ 204-211; *see* Dkt. 404 at 7 ("The components of the supposed "deployment" include, at least, either NETGEAR's Insight cloud subscription or a wireless controller box, along with access points that can be |

11

| | |
|---|---|
| and a signal transmission/reception coordination logic as described in the '939 specification, including the Auto-RRM / Smart WiFi software and corresponding circuitry," and this constitutes a single wireless I/O unit that provides wireless input and wireless output to laptops and smartphones on the campus. | managed by Insight or the wireless controller. SUF ¶ 4."). |
| 27. Claims 15 and 30 of the '939 Patent recite "a wireless input/output (I/O) unit that is configured to establish a plurality of access points". | Mot. Ex. A ('939 Patent), at claims 15 and 30. |
| 28. The patent teaches: "A wireless I/O unit 206 (e.g., as illustrated in FIGS. 2 and 4) may correspond to MACs 604, MAC coordinator logic 606, BB units 608, and RF parts 610. Such a wireless I/O unit 206 may also optionally include one or more of Ethernet switch/router 602, beamformer 612, and antenna array 208." | Mot. Ex. A ('939 Patent), at 6:60-64. |
| 29. Dr. Wesel opines that NETGEAR's products include a plurality of wireless radios, each with their own MAC, baseband unit, and RF parts. | Ex. 1 (Wesel Rpt.) ¶ 210. |
| 30. Figure 12 of the '939 Patent illustrates a "multiple access station environment 1100" that includes "MAC coordinator logic 606 of FIG. 12 [which] logically functions like MAC coordinator logic 606 of FIG. 6 and/or FIG. 8 but it is distributed spatially as indicated by link 1202. Link 1202 is likely a wired link, but it may instead be a wireless link." | Mot. Ex. A ('939 Patent), at 17:33-18:11. |

| | |
|---|---|
| 31. In some embodiments, the wireless I/O unit in the '939 patent is in a wireless access station 102, such as the Figure 4 embodiment. | Mot. Ex. A ('939 patent) at 4:4-23. |
| 32. In some embodiments, the wireless I/O unit is a structure that includes multiple access stations that are connected together, as well as a MAC coordinator logic that is located outside of but that connects to each of the access stations. For example, '939 patent recites: "FIG. 12 illustrates exemplary multiple access station environment 1100 that includes MAC coordinator logic 606 of FIG. 12 [which] logically functions like MAC coordinator logic 606 of FIG. 6 and/or FIG. 8 but it is distributed spatially as indicated by link 1202. Link 1202 is likely a wired link, but it may instead be a wireless link." | Mot. Ex. A ('939 patent) at 17:33-18:11 |
| 33. Dr. Wesel's infringement analysis shows that the Insight cloud or the controller with the autoRRM feature logic (the claimed "logic") receives a "neighbor list" from each access point that conveys the BSSID for that access point's neighboring access points, the channels on which the access point is receiving signals, and the signal strength at which the access point is receiving signals from each neighboring access point. | Ex. 1 (Wesel Rpt.), ¶¶224-227. |
| 34. Mr. Nagaraju's testimony supports Dr. Wesel's opinion that the neighbor list indicates what signals each access point *is receiving* on which channels: | Mot. Ex. C (Nagaraju Tr.) at 123:2-124:12; Ex. 1 (Wesel Report) p. 133-134. |



"

35. Dr. Wesel opines, "The signal transmission/reception coordination logic is capable of ascertaining for each access point in the deployment a report listing the signals that the access point is receiving as well as additional details about those signals, including the BSSID of the signal source if it was an 802.11 signal and the RSSI associated with the signal as well as the channel." | Ex. 1 (Wesel Rpt.) ¶ 227

| | |
|---|---|
| 36. Dr. Wesel opines, "Through the neighbor AP list, the Auto RRM feature logic / Insight Instant WiFi feature logic monitors the plurality of access points for ***received signals***…[t]he signal transmission/reception coordination logic monitors the access points for ***received signals*** by receiving the neighbor AP list data from the access points. *See, e.g.*, Nagaraju deposition, pp. 114-117. " | Ex. 1 (Wesel Rpt.) ¶ 225; Mot. Ex. C (Nagaraju Tr.) at 114-117. |
| 37. Dr. Wesel opines that the neighbor lists allow the accused logic to monitor the plurality of access points for "***received signals***," and based on the signals that the access points have "***received***," it is capable of ascertaining that the access point "***is receiving***" a signal on a specific channel, as recited in the asserted claims. | Ex. 1 (Wesel Rpt.) ¶ 224-225. |
| 38. In addition to literal infringement, Dr. Wesel also opines there is infringement under the doctrine of equivalents, explaining that the deployment of the access stations together performs substantially the same function in substantially the same way to achieve substantially the same result. | Ex. 1 (Wesel Rpt.) ¶ 212. |
| 39. In support of his opinion, Dr. Wesel also analyzed the NETGEAR ProSafe High Capacity Wireless Controller WC9500 Data Sheet, which explains, "Each AP is constantly monitored (number of clients, traffic load, RF interference, packet error levels and | Ex. 1 (Wesel Rpt.) ¶ 264 (quoting from NETGEAR ProSafe High Capacity Wireless Controller WC9500 Data Sheet). |

| | |
|---|---|
| retransmission statistics).” | |
| 40. In Dr. Wesel's opinion, the accused logic in the Insight cloud or the controller "monitors" the access points for "received signals" and ascertains from the "neighbor list" that each access point "is receiving" a signal on specific channels. | Ex. 1 (Wesel Rpt.) ¶¶ 226-227. |
| 41. Dr. Wesel also cites data flow diagrams in the technical documentation, which state that the "███████████" performs the function of "███████████ ███" to support his opinion. | Ex. 1 (Wesel Rpt.) ¶ 237 |
| 42. Dr. Wesel's opinion also creates a triable issue of fact because of his reliance on the "device triggered" Auto RRM mode of operation, where, by monitoring the plurality of access points for received signals, Auto RRM ascertains that an access point is receiving a first signal on a first channel that is indicative of high network congestion, which helps to trigger autoRRM to calculate new channel assignments. | Ex. 1 (Wesel Rpt.) pp. 147-160, ¶ 237 |
| 43. Supporting Dr. Wesel's opinion that the accused products infringe the asserted claims of the '939 patent is Mr. Nagaraju's testimony that the neighbor list tells the Insight Cloud the ███████████████ ███████ | Mot. Ex. B (Wesel Report) p. 133, citing Deposition Transcript of Harsha Nagaraju at 123:2-12. |
| 44. In Dr. Wesel's opinion, the neighbor list does not merely indicate what an access point "might have received"—it confirms the *signal strength* of signal receptions that are occurring, | Mot. Ex. B (Wesel Report) ¶ 227, pp. 133-134, citing Deposition Transcript of Harsha Nagaraju at 123:2-124:12. |

| | |
|---|---|
| which would be impossible unless the access point is receiving signals. According to Dr. Wesel, the neighbor list identifies the channels on which an access point is receiving signals, including the "RSSI," or receive signal strength indicator, applicable to the signals that the access point is receiving on each channel. | |
| 45. The asserted claims recite that the signal transmission/reception coordination logic "is capable of ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel," where "received signals" uses the past tense. Therefore, the plain language of the claims expressly covers monitoring the access points for received signals to ascertain that an access point is receiving a first signal on a first channel. | Ex. A ('939 Patent), claims 15 and 30. |
| 46. The '939 specification explains that the "scanning logic 816 may scan across communication beams 202 using different channels on receive to detect which channel or channels have the least or lowest interference levels. This scanning may occur once, periodically, continuously, and so forth. A channel assignment vector or similar for channel assignment information 802 may be configured responsive to such scanning and interference determinations of scanning logic 812." | Ex. A ('939 patent), at 13:34-44 |

| 47. The "scanning logic 816" and "channel assignment information 802" are "part of MAC coordinator logic." | Ex. A ('939 patent), 11:54-64. |
|---|---|
| 48. In the Figure 11 and 12 embodiments, the signal logic 404 (or MAC coordinator logic 606) is coupled to each access station via a wired or wireless link. | Ex. A ('939 patent), 16:39-18:11. |
| 49. A POSITA appreciates that in the Figure 11 and 12 embodiments of the '939 patent, the signal logic 404 must wait some amount of time to ascertain what signals each access point is receiving, as the data does not transmit via the links 1102a and 1102b instantaneously. All data that is made available to the signal logic 404 is necessarily historical data in some sense. Yet a POSITA appreciates that the signal logic 404 is still ascertaining what each access point "is receiving," even though it may take some time for the channel measurement data to arrive at the signal logic 404 from each access point. | Ex. A ('939 patent), 16:39-18:11. |
| 50. In wireless networks, it is well understood that a station that is assigned to a specific channel will periodically stop and then restart transmissions on that channel, and the '939 specification describes an embodiment in which "coordination logic 404" is configured to "restrain[] transmission from an access point when another access point…that is operating on the same or a different channel (e.g., that is adjacent or | Ex. A ('939 patent), 17:18-32. |

| | |
|---|---|
| otherwise) is expecting an immediate response to a frame that was transmitted by it." | |
| 51. The claims of the '939 patent require a "plurality of access points," and the Orbi-branded products are a "plurality of access points" covered by the claim language and by Dr. Wesel's theory. | Mot. Ex. B (Wesel Rpt.) ¶¶ 50, 206-210; Ex. 1 (Wesel Rpt.) 260-261. |
| 52. The '939 asserted claims do not require restraining every access point in the network from transmitting on specific channels. Instead, the asserted claims only require restraining one access point from among the plurality. | Ex. A ('939 patent), claims 15, 30. |
| 53. The evidence shows that, even if it does not change their channels, autoRRM monitors WiFi radio statistics relevant to each access point in the claimed "plurality of access points," including the Orbi products. | Wesel Rpt. ¶ 257-258.<br><br>NETGEAR-XR_00029401.<br><br>NETGEAR-XR_00024128 at 24330-333. |
| 54. Auto Radio Resource Management (RRM) uses WiFi radio statistics from each access point in a network location to calculate the best channel and best transmit power for the access point. Auto RRM is sometimes called Smart WiFi. The Optimize Now button triggers a new computation of the automatic channel and transmit power for all of the access points in a network location according to the current Auto RRM settings. By default, Auto RRM is turned on for every network location. | Wesel Rpt. ¶ 257-258.<br><br>NETGEAR-XR_00029401.<br><br>NETGEAR-XR_00024128 at 24330-333. |
| 55. Auto RRM is a global feature that applies to all access points. The | Wesel Rpt. ¶ 257-258. |

| | |
|---|---|
| allocated channels also apply to all access points, irrespective of whether they are managed in the basic profile group or an advanced profile group. | NETGEAR-XR_00029401.<br><br>NETGEAR-XR_00024128 at 24330-333. |
| 56. autoRRM will compute new channel allocations based on Orbi-specific channel and signal data. Orbi Pro products can be recognized in Insight. Insight Manager will regularly receive a "neighbor list" that is created by the WAX access point, and the neighbor list data will indicate the BSSID of each neighboring Orbi access point, the channel it is transmitting on, and the RSSI for each such signal that is received by the WAX access point. autoRRM will then compute a new channel assignment for the WAX access point based on the channel and signal information that is specific to the Orbi BSSID. | Wesel Rpt. pp. 118-168, 219-221.<br><br>Dkt. 404-1 (SUF) ¶¶9-13. |
| 57. ███████████████<br>███████████████<br>███████████████. | Ex. 1 (Wesel Rpt.) ¶260, citing NETGEAR-XR_00029450. |
| 58. Orbi Pro Router and Satellites is listed in NETGEAR data sheets as one of the devices supported by the Instant WiFi with AutoRRM. | Ex. 2 (Wesel Tr.) 413:9-415:3. |
| 59. Dr. Wesel also provides opinions regarding indirect infringement under § 271(b) and § 271(c), explaining, *inter alia*, that NETGEAR has knowledge of the '939 patent, that the ordinary and customary use of the products satisfies the limitations of the asserted claims, and that the Auto | Ex. 1 (Wesel Rpt.) pp. 219-221 |

| | |
|---|---|
| RRM functionality is on by default in the accused products, and that its use is encouraged by NETGEAR. He also opines that there is infringement under § 271(c). | |

DATED: September 12, 2022

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Reza Mirzaie*
      Marc A. Fenster
      Reza Mirzaie
      Philip X. Wang
      Christian Conkle
      Minna Y. Chan
      James N. Pickens
      Jason Wietholter

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES

1

## CERTIFICATE OF SERVICE

2          I certify that I caused the foregoing document to be electronically filed with

3    the Clerk of the Court for the United States District Court for the Central District of

4    California using the CM/ECF System on September 12, 2022

5          I certify that all participants in the case are registered CM/ECF users and

6    that service will be accomplished by the court's CM/ECF system.

7

8          DATED: September 12, 2022                    */s/ Reza Mirzaie*

9                                                        Reza Mirzaie

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28