Jonathan C. Sanders (SBN 228785)
jsanders@stblaw.com
Bo Bryan Jin (SBN 278990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendant
Ubiquiti Networks, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>D-LINK SYSTEMS, INC., *et al.*<br><br>*Defendants.* | CASE NO. 8:17-cv-0596-AG(JCGx)<br><br>**NOTICE OF SUBPOENA TO NETGEAR, INC.**<br><br>Judge: Honorable David O. Carter |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Ubiquiti Networks, Inc. has served the attached subpoena on Netgear, Inc.

DATED: January 25, 2024          Respectfully submitted,

*By: /s/ Jonathan C. Sanders*
Jonathan C. Sanders
Email jsanders@stblaw.com
Bo Bryan Jin
Email: bryan.jin@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, CA 94304
Tele: 650/251-5000
Facsimile: 650/251-5002

*Attorneys for Defendant*
UBIQUITI NETWORKS, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 25, 2024, all counsel of record were served a copy of this document via electronic mail.

*/s/ Jonathan C. Sanders*
Jonathan C. Sanders